# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 26, 2016

## NO. 03-16-00113-CV

**Peter E. Pratt, Jr., Appellant**

**v.**

**The State of Texas, et al., Appellees**

**APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order signed by the district court on February 1, 2016. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal by failing to pay or make arrangements to pay for the clerk's record and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.